# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16-cr-00088-25 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| HERMAN L. TAYLOR, JR., | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on November 18, 2019 . The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on January 7, 2020. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs;
2. Failure to Make Monthly Restitution Payments;
3. Failure to Attend Scheduled Appointments with the Probation Officer;
4. Failure to Attend Drug Treatment Appointment as Directed.

The magistrate judge filed a report and recommendation on January 7, 2020, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on 2/18/2020. Defendant Herman L. Taylor, Jr. was present and represented by Attorney Debra K. Migdal. The United States was represented by Assistant United States Attorney David M. Toepfer. United States Probation Officer Cody Montgomery was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 3 months with credit for time served to date. The restitution ordered in the amended judgment filed on November 9, 2016 remains in force under the same terms as previously ordered.

One year of Supervised Release to follow with the same terms and conditions, including his restitution obligation, as previously set as well as the following additional condition: Residential Reentry Center: the defendant shall reside at a Residential Reentry Center (RRC) for a period of up to four months. While at RRC the defendant shall abide by all rules and regulations of the facility. The defendant may leave the RRC with the approval of his Probation Officer to work, worship, attend treatment, participate in

community service, and for the purpose of making any scheduled meetings with the probation office.

**IT IS SO ORDERED**.

Dated: February 18, 2020

                                                     **HONORABLE SARA LIOI**
                                                   **UNITED STATES DISTRICT JUDGE**